# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

CHARLES DAMON JONES,

Defendant-Appellant.

UNPUBLISHED
January 12, 2017

No. 324384
Wayne Circuit Court
LC No. 12-000948-FC

Before: RONAYNE KRAUSE, P.J., and SAWYER and STEPHENS, JJ.

RONAYNE KRAUSE, J., (*concurring*).

I concur in result only.

/s/ Amy Ronayne Krause

-1-